No. 03–988.  JORDAN v. CARRIE DUMAS LONG TERM CARE FACILITY.  C. A. 8th Cir.  Certiorari denied.

No. 03–1005.  GARDNER v. OFFICE OF DISCIPLINARY COUNSEL.  Sup. Ct. Ohio.  Certiorari denied.

No. 03–1010.  MAGNUSSEN v. DAHLQUIST ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–1012.  SHARON S. v. SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY, ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 03–1035.  KELSO v. UNITED STATES DEFENSE INTELLIGENCE AGENCY.  C. A. 9th Cir.  Certiorari denied.

No. 03–1045.  BANDISODE v. DeGEORGE-SMITH ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–1053.  SHENKAN v. POTTER, POSTMASTER GENERAL.  C. A. 3d Cir.  Certiorari denied.

No. 03–1061.  BLOUNT v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 03–1070.  LAM v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–1092.  POLISHAN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–1096.  SCHROEDER v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 03–1098.  SOH v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 03–1118.  CHASE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.